UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Daimen Demall Purvis    Docket No. 4:10-CR-27-1FL

Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Daimen Demall Purvis, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on November 3, 2010, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Daimen Demall Purvis was released from custody on June 12, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 24, 2015, the defendant provided a urine sample that was submitted for laboratory analysis. On June 28, 2015, laboratory analysis revealed positive results for marijuana. On July 1, 2015, when confronted, Purvis admitted he smoked marijuana on approximately June 1, 2015, while still in custody with the Bureau of Prisons through a local halfway house. On August 11, 2015, Purvis provided a urine sample for laboratory analysis. On August 21, 2015, laboratory analysis revealed positive results for marijuana. On August 27, 2015, when confronted, Purvis admitted to using marijuana on approximately July 28, 2015. The defendant has agreed to participate in drug testing measures through the Surprise Urinalysis Program. Additionally, the defendant is actively participating in substance abuse and mental health treatment at East Coast Counseling in Greenville, North Carolina. As a sanction for this violation conduct, confinement of 2 days in the custody of the Bureau of Prisons is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Daimen Demall Purvis**
**Docket No. 4:10-CR-27-1FL**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: September 30, 2015

## ORDER OF THE COURT

Considered and ordered this __30th__ day of ____September____, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge