UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daimen Demall Purvis**     Docket No. 4:10-CR-27-1FL

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daimen Demall Purvis, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 3, 2010, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Daimen Demall Purvis was released from custody on June 12, 2015, at which time the term of supervised release commenced.

On September 30, 2015, a Petition for Action on Supervised Release was filed reporting the defendant tested positive for marijuana on June 24, 2015, and August 11, 2015. As a sanction, the court ordered confinement of 2 days in the Bureau of Prisons, which was completed on November 22, 2015.

On December 30, 2015, a Petition for Action on Supervised Release was filed reporting the defendant tested positive for marijuana on September 30, 2015. In response, the court modified the conditions of supervised release, adding 5 days confinement to the Bureau of Prisons and the DROPS program in the third use level. Purvis completed the 5 day period of confinement on February 2, 2016.

A DROPS Sanction Report was tendered to the court on May 3, 2017, notifying that Purvis tested positive for marijuana on April 17, 2017, and that a 10-day sanction request had been submitted to the Bureau of Prisons. Service of the 10-day sanction is pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Purvis continues to maintain steady employment as a delivery person for a local furniture store where his only days off each week are Sunday and Monday. If the pending 10-day DROPS sanction is served consecutively, an unintended consequence could be the defendant's loss of employment. Therefore, it is respectfully recommended that the court order the pending 10-day DROPS sanction, and any subsequent DROPS sanction, be served via 2-day placements with each report date being on a Sunday and each release date being on a Monday.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. Each DROPS sanction will be served via 2-day placements with each report date being on a Sunday and each release date being on a Monday. The defendant shall begin the DROPS Program in the third use level.

Except as herein modified, the judgment shall remain in full force and effect.

**Daimen Demall Purvis**
**Docket No. 4:10-CR-27-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Tuell Waters<br>Tuell Waters<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2344<br>Executed On: June 21, 2017 |

### ORDER OF THE COURT

Considered and ordered this __22nd__ day of _____June_____, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge